**Order entered January 20, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-00194-CR

### EDWARD LAMAR PORTER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00712-T**

### ORDER

We **REINSTATE** this appeal.

We abated for a hearing on the status of the reporter's record of a November 15, 2018 hearing. On December 16, 2020, the trial court held a hearing and determined that no hearing was held on November 15, 2018; rather, the hearing date was November 16, 2018, and court reporter Trashuna Salaam reported that hearing. On January 4, 2021, Ms. Salaam filed the supplemental reporter's record of the November 16, 2018 hearing.

On the Court's own motion, we **ORDER** appellant's brief due by February 22, 2021.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; Vearneas Faggett, court reporter, 283rd Judicial District Court; and counsel for the parties.


/s/    ROBERT D. BURNS, III
CHIEF JUSTICE